RECEIVED
IN ALEXANDRIA, LA.

APR - 5 2013

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEREMY J. SCHOUEST #84555 | DOCKET NO. 12-CV-1438; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| RANDY MAXWELL, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint against Randy Maxwell and Debra Cowen be **DENIED AND DISMISSED** with prejudice for failing to state a claim, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A, and that Plaintiff's claims against the other defendants be **dismissed without prejudice.**

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of April, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT